# United States District Court

**SOUTHERN** DISTRICT OF **TEXAS**
McALLEN DIVISION

| UNITED STATES OF AMERICA | | | | **CRIMINAL COMPLAINT** |
|---|---|---|---|---|
| V. | | | | |
| Mayra Zepeda | YOB: | PRINCIPAL 1988 | | Case Number: |
| United States Citizen | | | | M-16-1469 -M |

*United States District Court*
*Southern District of Texas*
**FILED**
**AUG 04 2016**
**Clerk of Court**

(Name and Address of Defendant)

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about **August 2, 2016** in **Starr** County, in the **Southern** District of **Texas** defendants(s) did,
*(Track Statutory Language of Offense)*

**knowing or in reckless disregard of the fact Edenilson Adalberto Quinonez-Velasquez and Erik Eduardo Moz-Aguilar, both nationals of El Salvador, along with two (2) other undocumented alien, for a total of four (4), who had entered the United States in violation of law, did knowingly transport, or move or attempt to transport said aliens in furtherance of such violation of law within the United States, that is, from a location near Fronton, Texas to the point of arrest near Roma, Texas,**

in violation of Title **8** United States Code, Section(s) **1324(a)(1)(A)(ii)    FELONY**

I further state that I am a(n) **U.S. Senior Border Patrol Agent** and that this complaint is based on the following facts:

**On August 2, 2016, at approximately 6:00 PM, HIDTA TFO Jesus Diaz observed a female subject driving a red Dodge Nitro around a neighborhood known as Rushing Winds near Fronton, Texas. Rushing Winds is widely known as a pick up location for both narcotics and illegal aliens. Several minutes later, HIDTA TFO Manuel Marroquin received a report from a concerned citizen stating she saw four subjects run from a wooded area off of FM 650 in Fronton, and jump into a vehicle that matched the description of the vehicle that HIDTA TFO Jesus Diaz had just reported seeing driving around the area.**

SEE ATTACHED

Continued on the attached sheet and made a part of this complaint:   [X] Yes   [ ] No

*approved by*
*AUSA J.S.*

_____
Signature of Complainant

Sworn to before me and subscribed in my presence,

**Derek Conrow        Senior Patrol Agent**
Printed Name of Complainant

**August 4, 2016**                                at   **McAllen, Texas**
Date                                                     City and State

**Dena Hanovice Palermo    U. S. Magistrate Judge**
Name and Title of Judicial Officer                        Signature of Judicial Officer

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**McALLEN, TEXAS**

**ATTACHMENT TO CRIMINAL COMPLAINT:**

M-16- 1469 -M

**RE:** **Mayra Zepeda**

**CONTINUATION:**

HIDTA TFO Manuel Marroquin noticed the red Dodge Nitro driving east on Highway 83 and conducted a vehicle stop. At the vehicle stop, TFO Marroquin encountered USC driver, Mayra ZEPEDA, and four people laying on the floor of the SUV. TFO Marroquin requested assistance from Border Patrol in conducting an immigration inspection. The four people in the back of the SUV all admitted to being illegally in the US.

At the station, it was discovered Mayra ZEPEDA is currently out on bond after she was charged with alien smuggling in February 2016.

**PRINCIPAL'S STATEMENT:**

Mayra ZEPEDA was read her rights. She stated she understood her rights and agreed to provide a statement without the presence of an attorney.

ZEPEDA, a USC, told agents she drove to Fronton, Texas to pick up illegal aliens. She claims she was not going to be paid for her services. She also told agents that she was arrested because someone called law enforcement and reported her. She was supposed to drop the illegal aliens off at a house in Escobares, Texas.

**MATERIAL WITNESSES' STATEMENTS:**

Both material witnesses were read their rights. Both stated they were willing to provide statements without the presence of an attorney.

1- Edenilson Adalberto Quinonez-Velasquez, a citizen of El Salvador, claimed he was charged $3,000 (USD) to be smuggled into the United States. After illegally crossing the river, Quinonez was told by the foot guide to wait by a street and wait for a red vehicle that would arrive to pick them up. After approximately 20 minutes, a red SUV, driven by a woman arrived. The woman stopped and told the group to board her vehicle. Quinonez identified ZEPEDA in a photo lineup as the driver of the red SUV.

2- Erik Eduardo Moz-Aguilar, a citizen of El Salvador, claimed he was charged $3,000 (USD) to be smuggled into the United States. After illegally crossing the Rio Grande River, Moz was told by the foot guide to wait by a street and wait for a blue vehicle. After some time had passed, a red SUV stopped near the group. The woman driving the vehicle told the group to get in her car. Moz identified ZEPEDA in a photo lineup as the driver of the vehicle he boarded.